IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERIC GREER                                                                                    PLAINTIFF

vs.                                     Civil No. 1:10-cv-01065

CITY OF WARREN, BRYAN MARTIN, and
RANDY PEEK, Individually and in their Official
Capacities
                                                                                              DEFENDANTS

## MEMORANDUM OPINION

Before this Court is the Plaintiff's Motion to Dismiss.  ECF No. 44.  In this Motion, the Plaintiff represented "the parties have entered into a settlement agreement fully and finally resolving all issues in the instant litigation."  *Id.*  The Plaintiff also requests that this Court dismiss this case with prejudice.  Therefore, this Court **GRANTS** this Motion and dismisses Plaintiff's case with prejudice.  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

ENTERED this 25th day of April, 2012.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE