IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ERIC GREER                                                                                       PLAINTIFF

vs.                                        Civil No. 1:10-cv-01065

CITY OF WARREN, BRYAN MARTIN, and
RANDY PEEK, Individually and in their Official
Capacities                                                                                     DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered on this date, this Court dismisses Plaintiff's case with prejudice.

**ENTERED this 25th day of April, 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1